[No. 2139–3.   Division Three.   January 31, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. CURTIS LEE JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 66747, John C. Tuttle, J., entered October 15, 1976. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.

[No. 2758–2.   Division Two.   February 2, 1978.]

CAMERON SHERWOOD, *as Executor, Appellant,* v. PANORAMA CORPORATION, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 53225, Frank E. Baker, J., entered January 24, 1977. *Affirmed* by unpublished opinion per Soule, J., concurred in by Reed, A.C.J., and Petrie, J.

[No. 2627–2.   Division Two.   February 8, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. JACK H. MILLER, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. C–2685, Robert J. Bryan, J., entered October 11, 1976. *Affirmed* by unpublished opinion per Soule, J., concurred in by Pearson, C.J., and Reed, J.